*E-Filed 1/15/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES DAVID WILLIAMS, | No. C 12-6303 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Respondent. | |

This is a federal habeas corpus action. Petitioner was ordered to, within 30 days, (1) file a petition, and either (2) file a completed application to proceed *in forma pauperis,* or (3) pay the full filing fee of $5.00. More than 30 day have passed, and petitioner has not responded to such order. Accordingly, the action is hereby DISMISSED without prejudice. Any motion to reopen this action **must** contain a completed petition, **and** either full payment for the filing fee **or** a completed application to proceed *in forma pauperis*. The Clerk shall enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED**.

DATED: January 15, 2013

RICHARD SEEBORG
United States District Judge

No. C 12-6303 RS (PR)
ORDER OF DISMISSAL